Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

ORIGINAL

Case Number 8:20CR00018-JVS

Defendant Number  4

U.S.A. v.  SARA JEAN SAMHAT, et al.

Year of Birth  1974

☑ Indictment          ☐ Information

Investigative agency (FBI, DEA, etc.)  DOD-OIG, FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor     ☐ Minor Offense     ☐ Petty Offense

☐ Class B Misdemeanor     ☐ Class C Misdemeanor     ☑ Felony

b. Date of Offense  04/2014 - 08/2016

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles          ☐ Ventura

☑ Orange               ☐ Santa Barbara

☐ Riverside            ☐ San Luis Obispo

☐ San Bernardino       ☐ Other

Citation of Offense  18 U.S.C. §1347(a)(2), 1341, 2;

42 U.S.C. §1320a-7b(b); 18U.S.C. §1957

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☑ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No          ☐ Yes

If "Yes," Case Number:

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:

Assigned Judge:

Charging:

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?    ☑ No    ☐ Yes

IF YES, provide Name:

Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*     ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☑ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number

The superseded case:

☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?

☐ Yes*     ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*     ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes     ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

CR-72 (03/19)                    CASE SUMMARY                    Page 1 of 2

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☐ Male   ☑ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

☐ All counts

☑ Only counts: 1-10, 22-25, 41-43

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud      ☐ public corruption

☑ government fraud                  ☐ tax offenses

☐ environmental issues             ☑ mail/wire fraud

☐ narcotics offenses               ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☑ Other   health care fraud

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:   ☐ Yes         ☐ No

   IF YES :  ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No

   IF YES :  ☐ State  ☐ Federal  AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  N/A

_____

Date   01/28/2020

Signature of Assistant U.S. Attorney

PAUL G. STERN

Print Name

CR-72 (03/19)                    CASE SUMMARY                    Page 2 of 2