TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (Cal. Bar No. 162734)
DAVID H. CHAO (Cal. Bar No. 273953)
Assistant United States Attorneys
Environmental and Community Safety Crimes
and Major Frauds Sections
     1100/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0715/4586
     Facsimile: (213) 894-0715
     E-mail:    paul.stern@usdoj.gov
                david.chao@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-00018-JVS-4 |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT PURSUANT TO FED. R. CRIM. P. 48(a) |
| v. | |
| SARA SAMHAT, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Paul Stern and David Chao, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment and the First Superseding Indictment in this case without prejudice as to defendant SARA SAMHAT only.

//

//

1   As part of its dismissal motion, the government also
2 respectfully requests that defendant SARA SAMHAT's bond in this case
3 be exonerated.

| | |
|---|---|
| Dated: January 13, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| |    /s/<br>PAUL G. STERN<br>DAVID H. CHAO<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |