TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
PAUL G. STERN (Cal. Bar No. 162734)
DAVID H. CHAO (Cal. Bar No. 273953)
Assistant United States Attorneys
Environmental and Community Safety Crimes
and Major Frauds Sections
     1100/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0715/4586
     Facsimile: (213) 894-0715
     E-mail:    paul.stern@usdoj.gov
                david.chao@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 20-00018-JVS-4 |
|---|---|
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT SARA SAMHT ONLY PURSUANT TO FED. R. CRIM. P. 48(a) |
| v. | |
| SARA SAMHAT, | |
| Defendant. | |

Based on Plaintiff United States of America's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby ORDERS that the Indictment and the First Superseding Indictment in the above-captioned case be dismissed without prejudice as to defendant SARA SAMHAT only.

//

//

//

Defendant SARA SAMHAT's bond is hereby EXONERATED.

IT IS SO ORDERED.

January 14, 2021
DATE

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

Presented by:

       /s/
DAVID H. CHAO
Assistant United States Attorney

2